**Sandra CURLEY; Mark Curley,**
**Plaintiffs–Appellants**

v.

**JP MORGAN CHASE BANK NA,**
**successor to Bank One NA,**
**Defendant–Appellee.**

No. 07–30492
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 15, 2008.

Sandra Curley, pro se.

Mark Curley, pro se.

Harry Joseph Philips, Jr., Taylor, Porter, Brooks & Phillips, Baton Rouge, LA, for Defendant–Appellee.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Sandra and Mark Curley appeal the district court's grant of summary judgment in favor of the defendant, JP Morgan Chase Bank NA. The district court found that the Curleys could not prove a prima facie case of discrimination to support their claim under the Equal Credit Opportunity Act, 15 U.S.C. § 1691. The court also found no issue of material fact to support the Cur-

leys' claims arising under 12 C.F.R. § 202.9.

After review of the record, the evidence, and the briefs there appears to be no reversible error committed by the district court. Consequently, the district court's judgment is

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.